# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**DAMIEN ORLANDO RODGERS,**
      **Petitioner,**

**v.**
                                                    **Case No. 3:11cv197/LAC/MD**

**KENNETH S. TUCKER,**
      **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 24, 2012.  (Doc. 23).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, and the objections filed thereto (doc. 25), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in State of Florida v. Rodgers, in the Circuit Court of Escambia County, Florida, case number 1704CF4253A-D, is DENIED and the clerk is directed to close the file..

3.      Certificate of appealability is DENIED.

**DONE AND ORDERED** this 16th day of May, 2012.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**